ROBERT P. TOLEN, complainant,

*v.*

SAMUEL T. TOLEN et al., defendants.

[Decided September 30th, 1924.]

**Partition—Defendant in Sole but Not Exclusion Possession—
No Claim Made by Co-tenant for Joint Occupation—Tenant
in Common Not Obliged to Account for His Occupation.**

On exception to master's report.

*Mr. George W. Anderson,* for the exceptant.

*Mr. A. Harry Moore,* for the respondents.

. BACKES, V. C.

The property ordered to be sold in partition consists of a
six-room house on a lot twenty-five by one hundred. It
belonged to the mother of the complainant and four defend-
ants, and was occupied by their parents. The defendant
Sadie Winans and her husband lived with her parents until
they died, and then, as she says, she "just stayed on." The
master correctly reported that she was not chargeable for the
.use and occupation, to which exception has been taken.

Mrs. Winans was in sole, but not exclusive, possession. She
had the legal right as co-tenant to occupy the house. Co-
tenants have a several and equal right of possession, and the
possession of Mrs. Winans is presumed to be in accordance
with her title. This presumption is not disturbed by the
established circumstances. Her co-tenants were not ex-
cluded; they made no claim for joint occupation, and she
asserted no right to exclusive possession. They had the right
to occupy the premises with her. If they chose not to do so

they cannot now complain of her sole occupation. The law is well settled in this state that in a situation such as is here presented a tenant in common is not obliged to account for his occupation. *Izard* v. *Bodine, 11 N. J. Eq. 403; Barrell* v. *Barrell, 25 N. J. Eq. 173; Edsall* v. *Merrill, 37 N. J. Eq. 114; Sailer* v. *Sailer, 41 N. J. Eq. 398; Lloyd* v. *Turner, 70 N. J. Eq. 425.* For an analysis of the authorities on the subjects, see the footnotes to *Gage* v. *Gage, 28 L. R. A. 829; Thurstin* v. *Brown, 29 L. R. A.* (*N. S.*) *224.*. See, also, "*Co-tenancy,*" *7 R. C. L. 826.*

Exception overruled.